|  |  |
|---|---|
| **WENDOVER AT CURRY PLACE HOMEOWNERS ASSOCIATION, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No.: 3:26-cv-00316** |
| **THE TRAVELERS INDEMNITY COMPANY,** | |
| **Defendant.** | |

## NOTICE OF REMOVAL

Defendant The Travelers Indemnity Company ("Travelers"), by counsel, hereby files this Notice of Removal pursuant to the provisions of 28 U.S.C. §§ 1332, 1441, and 1446, and states as follows for its Notice of Removal:

1. This civil action commenced in the General Court of Justice Superior Court Division for the County of Union, North Carolina on March 10, 2026, with the filing of a Complaint styled *Wendover at Curry Place Homeowners Assoc., Inc. v. The Travelers Indemnity Company,* Case No. 26CV001277-890.

2. Attached hereto as Exhibit A and made part hereof is a copy of all the process, orders, and pleadings filed and/or served in this action, including the Complaint.

3. Travelers has not filed an answer or other responsive pleading to date.

4. Defendant Travelers received a copy of the Complaint (and accompanying Summons) on April 7, 2026, when a copy of the Complaint and Summons was delivered to Travelers by the North Carolina Department of Insurance, Commissioner of Insurance.

5.     This Notice of Removal is timely filed—within 30 days after Travelers received the Summons and Complaint (the initial pleading setting forth Plaintiff's claim for relief upon which this action is based) from the North Carolina Department of Insurance, Commissioner of Insurance. *See Elliott. v. Am. States Ins. Co.,* 883 F.3d 384 (4th Cir. 2018).

6.     Plaintiff is and was, both at the time of the commencement of this action and at the time of filing of this Notice of Removal, a citizen of North Carolina.

7.     Defendant Travelers was and is, both at the time of the commencement of this action and at the time of the filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Connecticut (incorporated in Connecticut) with its principal place of business in Connecticut – thus, a citizen of Connecticut.

8.     In this action, Plaintiff brings a breach of contract claim against Travelers (along with claims for breach of the covenant of good faith and fair dealing and unfair claims settlement practices and unfair and deceptive trade practices) with respect to a loss which is alleged to have caused an estimated $1.5 million in damages. Accordingly, the amount in controversy in this action exceeds $75,000.00 (exclusive of interest and costs).

9.     This action is a civil action over which the Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332 and which is removable pursuant to 28 U.S.C. § 1441 in that:

(a)     The matter in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs; and

(b)     Plaintiff was and is, both at the time of the commencement of this action and at the time of the filing of this Notice of Removal, a citizen of the State of North Carolina; and

(c)     Defendant Travelers is and was, both at the time of the commencement of this action and at the time of the filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Connecticut, with its principal places of business in the State of Connecticut, and, therefore, a citizen of Connecticut; and

2

(d)     Defendant Travelers has consented to and requests removal.

12.     Travelers will promptly give written notice of the filing of this Notice of Removal to Plaintiff and will promptly file a copy of this Notice with the General Court of Justice Superior Court Division for the County of Union, North Carolina.

13.     Plaintiff has requested a jury trial in this action.

WHEREFORE, Travelers hereby requests that this action be removed from the General Court of Justice Superior Court Division for the County of Union, North Carolina to the United States District Court for the Western District of North Carolina, Charlotte Division, pursuant to this Notice of Removal, and that the Court assume jurisdiction over this action.

**Respectfully submitted,**

**THE TRAVELERS INDEMNITY COMPANY**

**By:** /s/ John B. Mumford, Jr.
**Counsel**

John B. Mumford, Jr. (N.C. Bar No. 56900)
Jessica A. Swauger (N.C. Bar No. 60101)
HANCOCK, DANIEL & JOHNSON, LLC
4701 Cox Rd., Suite 400
Glen Allen, VA 23060
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
jmumford@hancockdaniel.com
jswauger@hancockdaniel.com
*Counsel for The Travelers Indemnity Company*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 22nd day of April, 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will electronically serve (NEF) to the following counsel:

Nicole C. Vinson (N.C. Bar No. 44878)
STOCKHAM LAW GROUP, P.C.
109 S. Edison Ave.
Tampa, FL 33606
Telephone: (813) 867-4455
Facsimile: (813) 867-4454
nvinson@stockhamlawgroup.com
*Counsel for Plaintiff*

/s/ John B. Mumford, Jr.
John B. Mumford, Jr.

4